UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG DUY NGUYEN,<br>Plaintiff,<br>v.<br>CALIFORNIA SUPERIOR COURT OF SACRAMENTO,<br>Defendant. | Case No. 2:25-cv-1732-DJC-JDP (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed, although the Court has read and considered Plaintiff's Memorandum of Points and Authorities in Response to Order to Show Cause (ECF No. 13).

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed May 13, 2026, are ADOPTED;
2. This action is dismissed without prejudice for failure to timely complete service of process; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE